**John Henry JOHNSON, Petitioner– Appellant,**

v.

**Joseph M. BROOKS, Respondent– Appellee.**

No. 02–6024.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2002.

Decided April 8, 2002.

John Henry Johnson, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

John Henry Johnson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Johnson v. Brooks,* No. CA–01–851 (E.D.Va. Dec. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*DISMISSED.*